# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1439. TOLBERT v. THE STATE.

Terrell Tolbert filed a notice of appeal in this action, and the appeal was docketed on March 21, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Tolbert's brief was due no later than April 10, 2025. Tolbert, however, has neither filed a brief nor requested an extension of time in which to do so. Because Tolbert has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/22/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*